# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2005

127838

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

MEARL ELTON JONES,
a/k/a JAMES E. JONES,
      Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 127838
COA: 256770
Wayne CC: 95-004065-FC

     On order of the Court, the application for leave to appeal the January 3, 2005 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2005

_____
Clerk

s1024